PRICE LAW GROUP, APC
David A. Chami, AZ #027585
1204 E. Baseline Rd., Suite 102
Tempe, AZ 85283
P: 818-907-2133
F: 866-401-1457
david@pricelawgroup.com
Attorneys for Plaintiff Richard Burgmeier

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Burgmeier,<br><br>        Plaintiff,<br>v.<br><br>Equifax Information Services LLC, et al.,<br><br>        Defendant. | Case No.: 2:16-cv-04338-JJT<br><br>**STIPULATION FOR DISMISSAL** |

Plaintiff Richard Burgmeier ("Plaintiff") through his attorneys, Price Law Group, APC, and Defendant Equifax Information Services LLC ("Equifax") by through its attorneys, Snell & Wilmer L.L.P., hereby stipulate to dismiss Plaintiff's claims against Equifax with prejudice pursuant to Rule 41(a)(2), with each party to bear its own costs and attorneys' fees.

///

///

///

///

///

- 1 -

STIPULATION FOR DISMISSAL

| | |
|---|---|
| | RESPECTFULLY SUBMITTED, |
| | **PRICE LAW GROUP, APC** |
| DATED: September 26, 2017 | By:*/s/ David A. Chami*<br>David A. Chami, Esq.<br>david@pricelawgroup.com<br>Attorneys for Plaintiff<br>Richard Burgmeier |
| | **SNELL & WILMER L.L.P.** |
| DATED: September 26, 2017 | By: */s/ Christopher A. Meyers*<br>Christopher A. Meyers<br>cmeyers@swlaw.com<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, AZ 85004<br>Tel: (602) 382-6000<br>Attorneys for Defendant<br>Equifax Information Services LLC |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record in this matter.

/s/ Sandra Padilla

STIPULATION FOR DISMISSAL