NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Burgmeier, | No. CV-16-04338-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| JPMorgan Chase Bank NA, *et al.*, | |
| Defendants. | |

UPON review of the Stipulation for Dismissal (Doc. 65), filed by Plaintiff and Defendant Equifax Information Services LLC, only, and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 65). The above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax Information Services LLC, only, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that Equifax Information Services LLC, being the last remaining defendant in this matter, and claims against all other having been dismissed with prejudice, the Clerk of the Court shall close the matter.

Dated this 26th day of September, 2017.

Honorable John J. Tuchi
United States District Judge